Gina Szeto-Wong, Esq. (Cal. SBN 284883)
Dean Royer, Esq. (Cal. SBN 233292)
**SZETO-WONG LAW, a Professional Corporation**
10080 N. Wolfe Rd., Suite SW3-200
Cupertino, CA 95014
Telephone No: (650) 425-6264
Facsimile No.: (415) 869-5392
Emails: gina@szetowonglaw.com
dean@szetowonglaw.com

Attorneys for Plaintiff,
RAJAKUMARI CHOUTA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJAKUMARI CHOUTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | CASE NO.: 4:24-CV-06251-JST<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). The court shall retain limited jurisdiction solely to enforce the parties' settlement agreement, which jurisdiction shall terminate on September 30, 2025 if neither party files a motion to enforce the settlement agreement by that date.

                            SZETO-WONG LAW, a Professional Corporation

Dated: August 12, 2025              /s/ D. R.
                                        DEAN ROYER
                                        GINA SZETO-WONG
                                        Attorneys for Plaintiff
                                        RAJAKUMARI CHOUTA

Dated: August 12, 2025

PATRICIA JENG
LISA HARRIS
Attorneys for Defendant
AMAZON.COM SERVICES LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 13, 2025

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE